Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Amanda Murray (SBN 223829)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269
Email: sboranian@reedsmith.com
amurray@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY M. WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>    Defendants. | No.: 4:06-cv-06992-WDB<br><br>STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable Wayne D. Brazil** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Dorothy M. White v. Merck & Co., Inc., et al.* Case Number 4:06-cv-06992-WDB, was filed in state court on September 26, 2006 and removed to this Court on November 8, 2006. No discovery has been conducted or scheduled.

On November 14, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. Merck expects the JPML to issue a conditional transfer order that includes this case in the next few weeks.

Plaintiff does not oppose the transfer of this case to the Vioxx MDL.

In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully request that all proceedings be stayed so as to allow the JPML to rule on transfer of this tag along action.

///
///
///
///
///
///

-1-
STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL

1  SO STIPULATED.
2
3  Dated: December 19, 2006
4                                          **REED SMITH LLP**
5
6                                          By: _____
7                                              Amanda Murray
                                                Attorney for Defendant
                                                MERCK & CO., INC.
8
9  Dated: December 19, 2006
                                            **KERSHAW CUTTER & RATINOFF LLP**
10
11                                         By: _____
                                                David E. Smith
12                                              Attorney for Plaintiff

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above terms of this Stipulation are approved by this Court.

Dated: 12-20-06

/s/ Wayne D. Brazil
_____
United States District Judge
Magistrate